THE STATE EX REL. WOODRUFF, APPELLANT, *v.* UNITED
PARCEL SERVICE ET AL., APPELLEES.

[Cite as *State ex rel. Woodruff v. United Parcel
Serv.* (1998), 83 Ohio St.3d 147.]

(No. 97–143—Submitted July 15, 1998—Decided September 16, 1998.)

---

*Barkan & Neff Co., L.P.A.,* and *Robert E. DeRose,* for appellant.

*Millisor & Nobil, Preston J. Garvin* and *Sara L. Rose,* for appellee United Parcel Service.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant Attorney General, for appellee Industrial Commission.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.